IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., TEVA RESPIRATORY, LLC, NORTON (WATERFORD) LIMITED, and NORTON HEALTHCARE LIMITED, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 12-1101-GMS (Consolidated) |
| PERRIGO PHARMACEUTICALS CO., PERRIGO CO., and CATALENT PHARMA SOLUTIONS, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Amended Scheduling Order entered in this case (D.I. 68 at Appendix A at 1; D.I. 69), attached as Exhibits A, B, C, and D hereto are the Final Joint Claim Construction Charts for U.S. Patent Nos. 7,105,152; 7,566,445; 6,446,627; and 8,132,712, respectively.[1]

*/s/ Stephanie E. O'Byrne*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Stephanie E. O'Byrne (No. 4446)
SHAW KELLER LLP
300 Delaware Ave., Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
sobyrne@shawkeller.com

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

---

[1] The parties respectfully submit this amended joint claim construction chart to correct a typographical error contained in the original.

OF COUNSEL:
David M. Hashmall
Ira J. Levy
Brian J. Prew
Andrew E. Riley
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Daryl L. Wiesen
Nicholas K. Mitrokostas
Daniel B. Reagan
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

*Attorneys for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc., Teva Respiratory, LLC, Norton Healthcare Limited, and Norton (Waterford) Limited*

Dated: November 8, 2013

OF COUNSEL:
William A. Rakoczy
Joseph T. Jaros
William F. Ward
Nicole E. Kopinski
Matthew T. Lord
Brian P. Murray
Neil B. McLaughlin
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 222-6304

*Attorneys for Defendants Perrigo Pharmaceuticals Co., Perrigo Co. and Catalent Pharma Solutions, LLC*